1  McGREGOR W. SCOTT
   United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

```
        FILED

      Apr 17, 2020
   CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
```

7

8                        IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10  IN THE MATTER OF THE  APPLICATION          2:20-SW-0212 AC
    OF THE UNITED STATES OF AMERICA
11  FOR SEARCH WARRANTS CONCERNING:            [PROPOSED] ORDER TO UNSEAL SEARCH
                                               WARRANTS AND SEARCH WARRANT
12  1708 Tatiana Street, Roseville, California.   AFFIDAVITS

13

14        Upon application of the United States of America and good cause having been shown,

15        IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

16  ordered unsealed.

17

18   Dated:   4/17/2020                         _____
                                               KENDALL J. NEWMAN
19                                             UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28